

# CT Corporation

**Service of Process Transmittal**
12/14/2020
CT Log Number 538736512

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Louisiana

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Taylor Brunella, Pltf. vs. Walmart, Inc. and Wal-Mart Louisiana, LLC, Dfts. Name discrepancy noted.

**DOCUMENT(S) SERVED:** Citation, Petition

**COURT/AGENCY:** 15th Judicial District Court, Parish of Lafayette, LA
Case # C20205869C

**NATURE OF ACTION:** Personal Injury - Slip/Trip and Fall - 01/18/2020 - Walmart located at 2428 West Pinhook Road, Lafayette, Lafayette Parish, Louisiana

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Baton Rouge, LA

**DATE AND HOUR OF SERVICE:** By Process Server on 12/14/2020 at 08:55

**JURISDICTION SERVED:** Louisiana

**APPEARANCE OR ANSWER DUE:** Within 15 days after service

**ATTORNEY(S) / SENDER(S):** Walter J. Rippas
Attorney at Law
Post Office Box 2909
Lafayette, LA 70502
337-261-0667

**ACTION ITEMS:** CT has retained the current log, Retain Date: 12/14/2020, Expected Purge Date: 12/19/2020

Image SOP

Email Notification, Kim Lundy Service Of Process ctlawsuits@walmartlegal.com

**REGISTERED AGENT ADDRESS:** C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / PK



EXHIBIT A

LAFPC.CV.61792180



Requested by Atty.: RIPPAS, WALTER J

# CITATION

**BRUNELLA TAYLOR**  FIFTEENTH JUDICIAL DISTRICT COURT

**VS**  DOCKET NUMBER: C-20205869 C

**WALMART INC**  LAFAYETTE PARISH, LOUISIANA

**STATE OF LOUISIANA**

TO: **WALMART, INC. AND/OR WAL-MART LOUISIANA, LLC**
**THROUGH ITS REGISTERED AGENT:**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**



SERVICE COPY

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this DECEMBER 1, 2020.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
**PETITION FOR DAMAGES**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE _____ MOVED ( ) _____ NO SUCH ADDRESS ( ) _____
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( ) _____
SERVICE OF WITHIN PAPERS
COSTS FEE $ _____ MILEAGE $ _____ TOTAL $ _____
DEPUTY _____

Lafayette Parish
Filed Nov 24, 2020 1:48 PM
C-20205869
C
Morgan Foreman
Deputy Clerk of Court

| | |
|---|---|
| BRUNELLA TAYLOR | * 15th JUDICIAL DISTRICT COURT |
| VERSUS | * DOCKET #:  C-20205869 |
| | * PARISH OF LAFAYETTE |
| WALMART, INC., WAL-MART LOUISIANA, LLC | * STATE OF LOUISIANA |
| * * * * * * * | * * * * |

## PETITION FOR DAMAGES

The petition of **BRUNELLA TAYLOR**, a person of the full age of majority and domiciled in the Parish of Lafayette, State of Louisiana, with respect represents:

1.

Made Defendant herein is **WALMART, INC.**, and/or **WAL-MART LOUISIANA, LLC**, which is a foreign corporation authorized to do and doing business in the State of Louisiana that can be served through its registered agent for service of process: CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

2.

On January 18, 2020, **BRUNELLA TAYLOR** was a customer patron at Walmart located at 2428 West Pinhook Road, Lafayette, Lafayette Parish, Louisiana, which is owned and operated by defendant, **WALMART, INC**, and/or **WAL-MART LOUISIANA, LLC**.

3.

Plaintiff, **BRUNELLA TAYLOR**, was operating an electric shopping cart inside of Walmart. According to the Lafayette City Police Department Incident Report, the complainant advised that a Walmart employee pushing a cart while exiting the freight room, did not see her and collided into her cart causing neck pain and other injuries.

4.

Plaintiff, **BRUNELLA TAYLOR**, was not negligent in the accident.

5.

The premises on which petitioner sustained her damages was in the sole care, custody and control of the defendant, **WALMART, INC.**, and/or **WAL-MART LOUISIANA, LLC**, at the time of said accident on or about January 18, 2020.

6.

The defendants herein, **WALMART, INC.** and/or **WAL-MART LOUISIANA, LLC**, owe a duty to its patrons to exercise reasonable care to keep its premises in a reasonably safe condition.

Page 1

Certified True and Correct Copy
CertID: 20201201000661

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/1/2020 2:59 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7.

The accident in question resulted in injuries and damages to **BRUNELLA TAYLOR**, and was a direct and proximate cause of the negligence of defendants herein, **WALMART, INC.** and/or **WAL-MART LOUISIANA, LLC**, their employees, agents, or other persons for whom they are responsible in the following non-exclusive particulars:

A) Failure to exercise reasonable care for the safety of customer patrons;

B) Failure to implement appropriate safety procedures that would have prevented this occurrence.

C) Failure to provide a safe environment for customer patrons;

D) Failure to warn petitioner of dangerous situation;

E) Negligent training;

F) Failure to replace and/or remedy hazard;

G) Any and all facts of negligence that may be revealed at or before trial of this matter.

8.

Plaintiff herein, **BRUNELLA TAYLOR**, was caused to suffer serious injuries as a result of this accident. Accordingly, plaintiff itemizes her damages as follows:

A) Medical expenses: past, present, and future; in an amount reasonable in the premises;

B) Any and all lost wages and/or impairment of earning capacity; past, present, and future; in an amount reasonable in the premises;

C) General damages, including pain, suffering; past, present, and future; mental anguish; past, present, and future; disability and loss of enjoyment of life; past, present and future; in an amount reasonable in the premises.

Page 2

Certified True and
Correct Copy
CertID: 20201201100651

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/1/2020 2:59 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**WHEREFORE**, all premises considered, plaintiff herein, **BRUNELLA TAYLOR**, prays that defendants, **WALMART, INC.** and/or **WAL-MART LOUISIANA, LLC**, be duly cited and served with a copy of this Petition and, that after due proceedings had, there be judgment in favor of plaintiff herein, **BRUNELLA TAYLOR**, and against the defendants, **WALMART, INC.** and/or **WAL-MART LOUISIANA, LLC** jointly, severally and insolido, in an amount reasonable in the premises, together with legal interest from the date of judicial demand, and for all costs of these proceedings.

Further, for all general and equitable relief as the Honorable Court may deem proper.

Respectfully submitted:

_____
**WALTER J. RIPTAS** (BR#/#1275)
Attorney at Law
Post Office Box 2909
Lafayette, Louisiana 70502
(337) 261-0667 - Phone
(337) 839-2195 - Fax

PLEASE SERVE:

**WALMART, INC.** and/or **WAL-MART LOUISIANA, LLC**
Through its registered agent:

CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

Page 3

Certified True and Correct Copy
CertID: 2020120100661

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/1/2020 2:59 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).